FILED

2023 FEB -3 AM 9:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___TV___

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Jerry J. Fang, 646-823-3688

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. MJ 23-00516 |
| MATTHEW BLAKE MORROW-WU, a/k/a "Matthew Blake Morrow," a/k/a "Matthew Wu," a/k/a "Matthew Morrow-Wu," a/k/a "Blake Wu," | ) ) ) ) | 23 MAG 00794 |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MATTHEW BLAKE MORROW-WU,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (conspiracy to commit wire fraud and mail fraud)
18 U.S.C. § 1343 and 2 (wire fraud)
18 U.S.C. § 1341 and 2 (mail fraud)
18 U.S.C. § 912 (impersonating a federal officer)
18 U.S.C. § 1028A(a)(1), 1028A(b), and 2 (aggravated identity theft)

Date:   01/31/2023

_____
*Issuing officer's signature*

City and state:   New York, NY

Hon. Jennifer E. Willis (USMJ)
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*